# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN SMITH and RICHARD BECKER,<br><br>    Plaintiffs,<br><br>-against-<br><br>AETNA, INC., AETNA HEALTH INC., AETNA SPECIALTY PHARMACY, LLC, ABC CORPORATIONS 1-10, XYZ INDIVIDUALS 1-10 and JOHN DOE VENDOR,<br><br>    Defendants. | Case No.: 2:17-cv-12668-JMV-CLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs John Smith and Richard Becker and Defendants Aetna Inc., Aetna Health Inc., and Aetna Specialty Pharmacy, LLC, through their undersigned counsel, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to dismiss the above-captioned action, including all claims asserted therein, with prejudice.  Each party shall bear its own costs and attorneys' fees.

SO STIPULATED this __ day of December 2018.

| | |
|---|---|
| s/Kenneth D. Friedman | s/Charles X. Gormally |
| Kenneth D. Friedman | Charles X. Gormally |
| Manatt, Phelps & Phillips, LLP | Edward Capozzi |
| 7 Times Square | Thomas Kamvosoulis |
| New York, NY 10036 | Brach Eichler, LLC |
| Tel.: (212) 790-4500 | 101 Eisenhower Parkway |
| E-Mail: kfriedman@manatt.com | Roseland, NJ 07068 |
| | Tel.: (973) 228-5700 |
| Matthew P. Kanny (*pro hac vice*) | E-Mail: cgormally@bracheichler.com |
| Donna L. Wilson (*pro hac vice*) | E-Mail: ecapozzi15@yahoo.com |
| Manatt, Phelps & Phillips, LLP | E-Mail: tkamvosoulis@bracheichler.com |
| 11355 W. Olympic Blvd. | |
| Los Angeles, CA 90064 | *Counsel for Plaintiffs John Smith and* |
| Tel.: (310) 312-4225 | *Richard Becker* |
| E-Mail: mkanny@manatt.com | |
| E-Mail: dwilson@manatt.com | |

*Counsel for Defendants Aetna Inc.,*
*Aetna Health Inc., and Aetna Specialty*
*Pharmacy LLC*

321014232.1

2